No. 496, Misc. MITCHELL *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 498, Misc. CULLEN *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 499, Misc. MURRAY *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 500, Misc. GARCIA *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 503, Misc. CIANCI *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 508, Misc. SPENCER *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 512, Misc. DIDIER *v.* WASHINGTON ET AL. Supreme Court of Washington. Certiorari denied.

No. 514, Misc. PETRUCELLI *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 519, Misc. AULL *v.* LOONEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 521, Misc. FREY *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 522, Misc. REDDINGTON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.